**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000389**
**17-MAR-2025**
**08:03 AM**
**Dkt. 79 ODMR**

NO. CAAP-21-0000389

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANNAMARIE KON; MARTHA HARDEN and GENE LANG THOMAS,
Plaintiffs-Appellants, v.
STATE OF HAWAIʻI, DEPARTMENT OF HEALTH;
PUNA GEOTHERMAL VENTURE, a Hawaiʻi general partnership,
Defendants-Appellees, and JOHN DOES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-20-0000394)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of Defendant-Appellee **Puna Geothermal** Venture's March 10, 2025 Motion for Reconsideration or Clarification of this court's February 28, 2025 Summary Disposition Order and Request for Judicial Notice (collectively **Motion**), the papers in support, and the record, and noting Defendant-Appellee State of Hawaiʻi Department of Health's joinder in the Motion, it appears Puna Geothermal has not shown a point of law or fact that this court overlooked or

misapprehended in the February 28, 2025 Summary Disposition

Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, March 17, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge